United States Bankruptcy Court
Central District of California

In re:
Barry I Judenfriend
Jacqueline Anne Judenfriend
Debtors

Case No. 11-35709-SK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: vcaldwayC    Page 1 of 3    Date Rcvd: Dec 06, 2011
Form ID: b18    Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2011.

db/jdb +Barry I Judenfriend, Jacqueline Anne Judenfriend, 1001 Tiverton Avenue #4108, Los Angeles, CA 90024-3160
smg Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200
intp +Nicholas Barton, 12011 San Vicente Boulevard, #540, Los Angeles, CA 90049-4947
cr +Thomas Small, c/o Brownstein & Brownstein, LLP, 21700 Oxnard Street, Suite 1160, Woodland Hills, CA 91367-7576
29588299 #+AMERICAN CAPITAL ENT INC, 42145 LYNDIE LANE SUITE 212, Temecula CA 92591-3791
29588300 +ANGELOS PAWN SHOP, 1334 FIFTH STREET, Santa Monica CA 90401-1415
29588301 +AYRES RESIDENTIAL CARE HOME, c/o JEFFREY D PEARLMAN Esq, 1801 CENTURY PARK EAST, Los Angeles CA 90067-2302
29588303 +BANK OF AMERICA, c/o NCO FINANCIAL, P O BOX 17080, Wilmington DE 19850-7080
29588296 +BARRY I JUDENFRIEND, 1001 TIVERTON AVE APT #4108, Los Angeles CA 90024-3160
29588304 +BEVERLY HILLS ORTHOPEDIC GROUP, DEPT LA 23656, Pasadena CA 91185-0001
29588307 CITIBANK, PO BOX 9241, Uniondale NY 115559241
29588308 CITIBANK BUSINESS, PO BOX 9241, Irving TX 75063
29588309 +CLERK SUPERIOR CRTORANGE CTY, 700 CIVIC CENTER DR, Santa Ana CA 92701-4045
29588310 +CREDITOR'S FINAN GRP LLC, P O BOX 440290, Aurora CO 80044-1500
29588311 +DAVID & ALIZA NIKAYAN, c/o KASHMAL, 2100 SO FIGUEROA #326, Los Angeles CA 90007-2003
29588312 +DAVID JOHNSON, 12011 SAN VICENTE BLVD SUITE 504, Los Angeles CA 90049-4926
29588313 +DENNIS BURGO, 1417 EAST MT DRIVE, Santa Barbara CA 93108-1216
29588315 +DIANE BARTON aka DIANE WILSON, c/o NICHOLAS BARTON, 12011 SAN VICENTE SUITE 504, Los Angeles CA 90049-4926
29588314 +DIANE BARTON aka DIANE WILSON, c/o, NICHOLAS F BARTON ESQ, 12011 SAN VICENTE BLVD, ST 540, Los Angeles CA 90049-4947
29588316 +DOUGLAS EMMETT, 808 WILSHIRE BLVD #200, Santa Monica CA 90401-1889
29588317 +EXECUTIVE CAR LEASING CO, c/o LOUIS SAMSON, 7807 SANTA MONICA BLVD, Los Angeles CA 90046-5398
29588318 F T B CALIFORNIA, P O BOX 942840, Sacramento CA 942400009
29588320 #+FIRST BANK, 560 ANGLUNA ROAD, Hazelwood MO 63042-2321
29588319 +FIRST BANK, c/o DAVID HOLLANDER ESQ, 2727 CAMINO DEL RIO SO ST 211, San Diego CA 92108-3740
29588321 FIRSTSOURCE ADVANTAGE LLC, P O BOX 628, Buffalo NY 142400628
29588322 #+FRANK JENG, 12011 SAN VICENTE BLVD SUITE 540, Los Angeles CA 90049-4947
29588323 I C SYSTEMS INC, 444 HIGHWAY 96 EAST, P O BOX 64437, Saint Paul MN 551640437
29588297 +JACQUELINE ANNE JUDENFRIEND, 1001 TIVERTON AVE APT #4108, Los Angeles CA 90024-3160
29588325 +JOHN HOPMANS, 13109 NIMROD, Los Angeles CA 90049-3632
29588326 +JOHN MORELAND MD, 2001 SANTA MONICA BLVD #1280-W, Santa Monica CA 90404-2230
29588327 +KAROLINA SALOON, 12011 SAN VICENTE BLVD SUITE 540, Los Angeles CA 90049-4947
29588328 +KENNETH BUSHNELL, 3755 GREGGORY WAY #3, Santa Barbara CA 93105-4059
29588329 +KYLE HUDSON DIGITAL MEDIA AGENCY, 12011 SAN VICENTE STE 504, Los Angeles CA 90049-4926
29588330 +LINDA SWARZMAN, 4460 LIBBIT AVENUE, Encino CA 91436-3254
29588331 +MARBORG INDUSTRIES, PO BOX 4127, Santa Barbara CA 93140-4127
29588332 MERCANTILE ADJUSTMENT BUREAU, PO BOX 9016, Buffalo NY 142319016
29588333 MERCEDES BENZ FINANCIAL SERVIC, P O BOX 17496, Baltimore MD 212971496
29588334 +MICHAEL WHITMARSH, 12011 SAN VICENTE BLVD SUITE 504, Los Angeles CA 90049-4926
29588335 +NEAL FEIGELMAN, 646 6TH STREET, Hermosa Beach CA 90254-4701
29588336 +NICHOLAS BARTON, 12011 SAN VICENTE BLVD SUITE 504, Los Angeles CA 90049-4926
29588337 +NICHOLAS F BARTON ESQ, 12011 SAN VICENTE BLVD # 540, Los Angeles CA 90049-4947
29588338 +NOREEN FRASER FOUNDATION NOREEN FRASER, 12011 SAN VICENTRE STE 540, Los Angeles CA 90049-4947
29588339 +PALISADES ELECTRIC, 17374 WEST SUNSET BLVD, Pacific Palisade CA 90272-4102
29588340 +PORSCHE FINANCIAL, P O BOX 740724, Cincinnati OH 45274-0724
29588298 +RONALD E MICHELMAN ESQ #55929, 20265 VENTURA BOULEVARD SUITE D, WOODLAND HILLS CA 91364-2550
29588342 SOUTHWEST CREDIT, 4120 INTERNATIONAL PKWY SUITE 1100, Brookdale CA 950071958
29588343 +STANLEY ROTHMAN ESQ, 11900 WEST OLYMPIC BLVD #790, Los Angeles CA 90064-1146
29588344 +STEVE FIELDS, 12011 SAN VICENTE BLVD SUITE 540, Los Angeles CA 90049-4947
29588345 THOMAS PUTNAM SMALL, c/o NARVID SCOTT LLP, 15165 VENTURA BLVD #300, Sherman Oaks CA 914033373
29588346 UCLA, P O BOX 467, Tustin CA 927810467
29588347 +UNIVERSITY CREDIT UNION, c/o PIZER & ASSOCIATES P C, 9601 WILSHIRE BLVD #560, Beverly Hills CA 90210-5220
29588348 VITAL RECOVERY, P O BOX 923748, Norcross GA 300103748
29588349 +WESTWOOD HORIZONS CORP, c/o SANDRA KHALILI RESCH POLST, 9200 SUNSET BLVD NINTH FLOOR, West Hollywood CA 90069-3502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QDLHAHN.COM Dec 07 2011 05:48:00 David L Hahn (TR), Hahn Fife & Co., LLP, 22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA 92688-2148
smg EDI: EDD.COM Dec 07 2011 05:48:00 Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001
smg EDI: CALTAX.COM Dec 07 2011 05:48:00 Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952
29893007 +EDI: ATLASACQU.COM Dec 07 2011 05:48:00 Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

29588302 +EDI: BANKAMER2.COM Dec 07 2011 05:48:00 BANK OF AMERICA, PO BOX 17054, Wilmington DE 19850-7054
29588305 EDI: CAPITALONE.COM Dec 07 2011 05:48:00 CAPITAL ONE, PO BOX 85520, Richmond VA 23285
29588306 EDI: CHASE.COM Dec 07 2011 05:48:00 CHASE BANK, P O BOX 78148, Phoenix AZ 850628148
29588323 EDI: ICSYSTEM.COM Dec 07 2011 05:48:00 I C SYSTEMS INC, 444 HIGHWAY 96 EAST, P O BOX 64437, Saint Paul MN 551640437
29588324 EDI: IRS.COM Dec 07 2011 05:48:00 IRS, Fresno CA 93888
29588341 EDI: PRA.COM Dec 07 2011 05:48:00 PORTFOLIO RECOVERY ASSOC LLC, P O BOX 12914, Norfolk VA 23541

TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr Daimler Trust
cr Porsche Financial Services, Inc.
cr* +Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303

TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on December 6, 2011 at the address(es) listed below:

Avi Schild on behalf of Creditor Atlas Acquisitions LLC avi.schild@atlasacq.com
David I Brownstein on behalf of Creditor Thomas Small brownsteinlaw@gmail.com
David L Hahn (TR) trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
Jennifer H Wang on behalf of Creditor Daimler Trust jwang@cookseylaw.com, jodom@cookseylaw.com
Ronald E Michelman on behalf of Debtor Barry Judenfriend ronaldmichelman@sbcglobal.net
Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc. smiller@tharpe-howell.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Barry I Judenfriend
aka Barry Judenfriend, dba Judenfriend Insurance Services

**BANKRUPTCY NO.** 2:11−bk−35709−SK

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8304
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/6/11

**JOINT DEBTOR INFORMATION:**
Jacqueline Anne Judenfriend
aka Jacqueline A Judenfriend, aka Jacqueline Judenfriend

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7872
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 12/6/11
**Address:**
1001 Tiverton Avenue #4108
Los Angeles, CA 90024

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: December 6, 2011

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

---

** Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

B18 (Official Form 18) Cont.
Rev.(12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**<u>Collection of Discharged Debts Prohibited</u>**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**<u>Debts That are Discharged</u>**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**<u>Debts That are Not Discharged.</u>**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.